■ SALVATORE CIRINCIONE et al., Respondents, v ATLANTIC HYLAN CORP., Respondent, and M.J. & T. CORP., Appellant. [868 NYS2d 905]

The Supreme Court properly denied the motion of M.J. & T. Corp. (hereinafter MJ & T) for summary judgment, inasmuch as it had failed to comply with discovery orders, and the material still outstanding was directly relevant to the issues pre-

sented on its motion for summary judgment (*see Rosa v Colonial Tr.*, 276 AD2d 781 [2000]; *Campbell v City of New York*, 220 AD2d 476, 477 [1995]; *Soto v City of Long Beach*, 197 AD2d 615, 616 [1993]). Under the circumstances here, we modify the order to the extent of providing that the denial of MJ & T's motion for summary judgment is without prejudice to renewal after it complies with all outstanding discovery orders (*cf. Abulhasan v Uniroyal-Goodrich Tire Co.*, 258 AD2d 728, 729 [1999]). Mastro, J.P., Rivera, Fisher and Eng, JJ., concur.